Thomas GUERRERO, Appellant, v. STATE, Appellee.

No. 22570.

Court of Criminal Appeals of Texas.

May 19, 1943.

J. A. Collier, of Houston, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of murder with malice aforethought, and his punishment assessed at twenty years' confinement in the penitentiary.

We find incorporated in the transcript appellant's application, duly verified, asking that the appeal be withdrawn, which request is granted and the appeal ordered dismissed.